[No. 5855-7-III.   Division Three.   January 15, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. DANNY
DEAN HORTON, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 82-1-00859-2, John J. Ripple, J., entered April 18, 1983. *Affirmed* by unpublished opinion per McInturff, A.C.J., concurred in by Munson and Thompson, JJ.

[No. 5945-6-III.   Division Three.   January 15, 1985.]

*In the Matter of the Welfare of*
ANDY WADE.

THE STATE OF WASHINGTON, *Respondent,* v.
ANDY WADE, *Appellant.*

Appeal from a judgment of the Superior Court for Walla Walla County, No. 83-8-00018-4, James B. Mitchell, J., entered April 18, 1983. *Affirmed* by unpublished opinion per Cone, J. Pro Tem., concurred in by Munson and Thompson, JJ.

[No. 5921-9-III.   Division Three.   January 17, 1985.]

MONTY D. HOLLENBACK, *Appellant,* v. MUTUAL OF
ENUMCLAW INSURANCE COMPANY, *Respondent.*

Appeal from a judgment of the Superior Court for Benton County, No. 83-2-00338-2, Fred R. Staples, J., entered June 16, 1983. *Affirmed* by unpublished opinion per Cone, J. Pro Tem., concurred in by Munson and Thompson, JJ.